Mark P. Robinson, Jr., SBN 054426
Carlos A. Prietto, III, SBN 166410
Ted B. Wacker, SBN 157416
ROBINSON, CALCAGNIE & ROBINSON
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
949-720-1288
949-720-1292 Fax

Attorneys for Plaintiff
L.E. GLENN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. M 05-CV-1699-CRB<br><br>MDL No. 1699<br><br>JUDGE BREYER |
| This document relates to:<br><br>L.E. GLENN<br>Individual Case No. C 06-0179 CRB | STIPULATION AND ORDER OF DISMISSAL ONLY AS TO CASE NUMBER 05-6247 SJO, ORIGINALLY FILED IN THE CENTRAL DISTRICT OF CALIFORNIA |

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiff and counsel for Defendants that the Complaint of Plaintiff, L.E. Glenn, originally filed in the Central District of California, Case Number CV 05-6247 SJO, and later transferred to the MDL No. 1699, *In Re: Bextra and Celebrex, Marketing, Sales Practices and Products Liability Litigation*, with the assigned individual case number C 06-0179 CRB, may be and is hereby dismissed without prejudice.

   The parties hereby stipulate that should Plaintiff ever re-file Plaintiff's claim, Plaintiff will only re-file in Federal Court.

   The parties shall each bear their own costs.

Dated: July 13, 2006            ROBINSON, CALCAGNIE & ROBINSON

                                _____
                                Mark P. Robinson, Jr., SBN 054426
                                mrobinson@rcrlaw.net
                                Carlos A. Prietto, III, SBN 166410
                                cprietto@rcrlaw.net
                                Ted B. Wacker, SBN 157416
                                twacker@rcrlaw.net
                                620 Newport Center Drive, 7th Floor
                                Newport Beach, CA 92660
                                Telephone: (949) 720-1288
                                Fax: (949) 720-1292

                                -AND-

                                Samuel M. Wendt, MO #53573
                                David Peterson, MO #32229
                                PETERSON & ASSOCIATES, P.C.
                                801 West 47th Street, Suite 107
                                Kansas City, MO 64112-1253
                                Telephone: (816) 531-4440
                                Fax: (816) 531-0660

                                *Counsel for Plaintiff*
                                L.E. GLENN

Dated: July 20, 2006            GORDON & REES

                                _____
                                Stuart M. Gordon, Esq.
                                sgordon@gordonrees.com
                                Embarcadero Center West
                                275 Battery Street, 20th Floor
                                San Francisco, CA 94111
                                Telephone: (415) 986-5900
                                Fax: (415) 986-8054

                                *Defendants' Liaison Counsel*

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  Dated: __July 21, 2006___     _____
                                 HONORABLE CHARLES R. BREYER

